No. 9289.

INDUSTRIAL COMMISSION ET AL. *v.* MARYLAND CASUALTY COMPANY.

Judgment affirmed, on the authority of No. 9288. Opinion by Teller, J.

*Error to Denver District Court, Hon. John A. Perry, Judge.*

*En banc.*

Hon. LESLIE E. HUBBARD, Attorney General, Mr. JOHN L. SCHWEIGART, Assistant Attorney General, Mr. STEPHEN W. RYAN, for plaintiffs in error.

Messrs. SMITH, BROCK & FERGUSON, Mr. JOHN P. AKOLT, for defendant in error.

Opinion by Mr. Justice Teller.

This case involves the same questions as those which were determined in *Industrial Commission et al. v. Maryland Casualty Co.*, No.

9288, recently decided, 176 Pac. 288. For the reasons stated in the opinion in the last mentioned case, the judgment in this case is affirmed.

*Judgment affirmed.*

Chief Justice Hill and Mr. Justice Scott dissent.

Decided June 3d, A. D., 1918. Rehearing denied December 2d, A. D. 1918.